UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**JENELL RENEE MASON**          CASE NO. 11-01698-3F7

Debtor.

_____

**TRUSTEE'S OBJECTION TO CLAIM 6**

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date the paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan St., 3rd floor, Ste. 3-350, Jacksonville, Florida 32202, and serve a copy on the movant's attorney at his address indicated below.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee, **GREGORY K. CREWS**, objects to Claim 6, filed by CitiFinancial, Inc., as an unsecured claim for $3,786.10, on the ground that the claim was filed after the expiration of the last day for filing of claims. The claim should only be allowed subordinate to timely filed claims. (b)

I HEREBY CERTIFY that on October 17, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the U. S. Trustee and John Freeman, Esquire. I further certify that I mailed a copy of the foregoing document by first class mail to the following non-CM/ECF participants:

CitiFinancial, Inc.
Attn: Deborah Maxwell, Bankruptcy Specialist
P.O. Box 140489
Irving, TX 75014-0489

Jenell Renee Mason
526 W. 67th Street
Jacksonville, Florida 32208

_____
**GREGORY K. CREWS**
Attorney for Trustee
Florida Bar No. 172772
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750